Charles M. Lizza
William C. Baton
SAUL EWING ARNSTEIN & LEHR LLP
One Riverfront Plaza, Suite 1520
Newark, NJ 07102-5426
(973) 286-6700
clizza@saul.com

*Attorneys for Plaintiff*
*Abraxis BioScience, LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **ABRAXIS BIOSCIENCE, LLC,**<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>**SUN PHARMA ADVANCED RESEARCH COMPANY, LTD., SUN PHARMACEUTICAL INDUSTRIES, INC., and SUN PHARMACEUTICAL INDUSTRIES LIMITED,**<br><br>　　　　　　　Defendants. | Civil Action No. 19-16495 (SRC)(CLW)<br><br>**NOTICE OF VOLUNTARY DISMISSAL**<br><br>(Filed Electronically) |

　　　　PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Abraxis BioScience, LLC, by and through its undersigned attorneys, hereby dismisses the above-captioned matter without prejudice and without costs.  No answer or motion for summary judgment has been filed.

| | |
|---|---|
| Dated:  December 6, 2019 | By: s/  Charles M. Lizza    <br>Charles M. Lizza<br>William C. Baton<br>SAUL EWING ARNSTEIN & LEHR LLP<br>One Riverfront Plaza, Suite 1520<br>Newark, New Jersey  07102-5426<br>(973) 286-6700<br>clizza@saul.com<br><br>*Attorneys for Plaintiff*<br>*Abraxis BioScience, LLC* |
| *Of Counsel*:<br><br>F. Dominic Cerrito<br>Eric C. Stops<br>Andrew S. Chalson<br>Daniel Wiesner<br>Catherine T. Mattes<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>51 Madison Avenue, 22nd Floor<br>New York, New York  10010<br>(212) 849-7000<br><br>Anthony M. Insogna<br>Steven J. Corr<br>Christopher J. Harnett<br>Cary Miller, Ph.D.<br>JONES DAY<br>4655 Executive Drive<br>San Diego, CA 92121<br>(858) 314-1200 | |